1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11   LORENA E. GONZALEZ,                   )
                                           )
12              Plaintiff,                 )   Civil No. CV 04-7934 (Mc)
                                           )
13         v.                              )
                                           )   ORDER RE REQUEST FOR RELIEF
14   JO ANNE B. BARNHART,                  )   FROM ORDER TO SHOW CAUSE
     Commissioner of Social                )
15   Security,                             )
                                           )
16              Defendant.                 )
     _____)
17

18        On September 28, 2004, the plaintiff filed a complaint seeking

19   judicial review of the decision of the Commissioner of Social Security

20   ("Commissioner") denying disability benefits to the plaintiff.

21        On September 30, 2004, the magistrate judge issued a Case

22   Management Order, by which the court ordered the parties, inter alia,

23   to file a joint stipulation pursuant to a schedule providing that the

24   joint stipulation be filed no later than sixty-six (66) days after the

25   Commissioner filed her answer.  On April 7, 2005, the Commissioner

26   filed an answer.  Without extensions, the joint stipulation was due

27   June 13, 2005.

28   ///

1     On August 9, 2005, the court issued an Order to Show Cause Re

2 Dismissal.  In its order to show cause, the court ordered plaintiff to

3 show cause in a writing filed on or before August 30, 2005, why this

4 action should not be dismissed for failure to prosecute.  The court

5 advised plaintiff that, in the event that the parties filed a joint

6 stipulation on or before August 30, 2005, the Order to Show Cause Re

7 Dismissal would automatically be vacated and set aside.

8     The court also advised plaintiff that, in the event that on or

9 before August 30, 2005, the parties did not file a joint stipulation

10 or the plaintiff did not file a written response to the Order to Show

11 Cause Re Dismissal, the court would dismiss the action for failure to

12 prosecute.

13     On August 22, 2005, the plaintiff filed a request for relief from

14 order to show cause wherein plaintiff advised the court that, "on

15 April 28, 2005, plaintiff sent the AUSA and regional counsel her

16 portion of the joint stipulation [and that] [o]n August 17, 2005,

17 Defendant sent plaintiff her portion of the joint stipulation."

18     Pursuant to paragraphs IX.C and IX.D of the court's case

19 management order, filed September 30, 2004, the parties are required

20 to engage in following:

21         C.   Within fourteen (14) days after the Commissioner

22              provides plaintiff's counsel with the Commissioner's

23              portions of the Joint Stipulation, plaintiff's counsel

24              shall incorporate into the Joint Stipulation any reply

25              that plaintiff may wish to make to the Commissioner's

26              contentions, and shall deliver a completed copy of the

27              Joint Stipulation signed by plaintiff to the AUSA for

28              review, signature and filing.  [See paragraph B

```
 1                    regarding incorporation and breaking of document.]

 2                    Plaintiff shall not use the reply to raise new issues

 3                    that the Commissioner has not had an opportunity to

 4                    address.

 5

 6          D.    Within three (3) days of delivery by plaintiff's

 7                counsel of the signed Joint Stipulation, the AUSA shall

 8                sign the Joint Stipulation, file an original and one

 9                copy, and serve a conformed copy of the Joint

10                Stipulation on plaintiff.

11        Therefore, based on the above, the court vacates and sets aside

12   the Order to Show Cause, filed on August 9, 2005 and, on its own

13   motion, extends the time in which the plaintiff may deliver a

14   completed copy of the Joint Stipulation signed by plaintiff to the

15   AUSA for review, signature and filing, to and including September 13,

16   2005.

17        All other terms and conditions of the court's case management

18   order filed September 30, 2004, shall remain in full force and effect.

19

20        IT IS SO ORDERED.

21

22   Dated: August 29, 2005

23

24                                  _____/s/_____
                                    JAMES W. McMAHON
25                                  United States Magistrate Judge

26

27

28
```

3